AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
FILED
JAN 10 2020
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Manuel ESPINOZA Jr.<br>YOB: 1989<br>U.S.Citizen<br><br>Defendant(s) | ) ) ) ) ) ) ) )   Case No. M-20-0044-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 9, 2020  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922 (g)(1) | Unlawful to possess a firearm which has previously traveled in or affected interstate commerce, after having been convicted in a court of law of a felony crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved [signature] AUSA
1/10/20

_Complainant's signature_

Steven Medrano, ATF Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  1/10/20

_Judge's signature_

City and state:  McAllen, Texas    J. Scot Hacker U.S. Magistrate Judge
_Printed name and title_

**ATTACHMENT A**

The facts establishing the foregoing issuance of an arrest warrant are based on the following:

I, Special Agent Steven Medrano, affiant, do hereby depose and state the following:

1. I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a law enforcement officer for over eight years. My duties include the investigation of violations of the federal firearms laws. I know it to be unlawful for any person who has been convicted of a felony crime to receive or possess a firearm, which has traveled in or affected interstate or foreign commerce. This criminal complaint is based on the following facts:

2. On January 9, 2020, ATF Special Agents with the assistance of Homeland Security Investigations (HSI) Special Agents, and Texas Department of Public Safety-Criminal Investigation Division (DPS-CID) conducted an undercover operation with Manuel ESPINOZA Jr (hereinafter referred to as ESPINOZA), a convicted felon. During the operation, an ATF Undercover Agents (hereinafter referred to as ATF-UC) purchased a Springfield Armory, Model XD-9, 9mm pistol and an American Tactical Titan, Model Titan 1911, .45 caliber pistol from ESPINOZA for $1,750.00.

3. During the operation, ESPINOZA met the ATF-UC at a business located in Edinburg, Texas. ESPINOZA arrived in a green in color Chevrolet Truck displaying Texas License Plates HWY2707. The ATF-UC made contact with ESPINOZA outside of ESPINOZA's Chevrolet Truck on the front passenger side. The ATF-UC and ESPINOZA then conducted the firearm transaction for the two (2) aforementioned firearms for $1,750.00. Subsequently, ESPINOZA was arrested by Agents.

4. During a post Miranda interview, ESPINOZA admitted to being a multi-convicted felon currently on Federal Probation. Furthermore, ESPINOZA admitted he knew he was prohibited from possessing firearms.

5. A criminal history query revealed on March 28, 2019, ESPINOZA was convicted before the U.S District Court, Southern District of Texas, McAllen, Texas of 8 U.S.C. §1324(a)(1)(A)-Harboring an alien within the U.S. for private financial gain; Case 7:18-cr-00805; 15 months custody with 3 years TSR.

6. An ATF Special Agent firearms Interstate Nexus Expert examined the aforementioned firearms and determined the firearms were manufactured outside the state of Texas and therefore traveled in and affected interstate commerce.